**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**ANNIE ROME**

**VERSUS**

**UNION NATIONAL FIRE INSURANCE COMPANY**

**CIVIL ACTION**

**NO. 23-988-JWD-EWD**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated September 29, 2023 (Doc. 8), to which no objection was filed;

**IT IS ORDERED** that the Motion for Dismissal, filed by Plaintiff Annie Rome (Doc. 6) is **GRANTED**, and this matter is **DISMISSED WITHOUT PREJUDICE.**

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>October 17, 2023</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**